**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | **Crim. Nos. 06-19-P-S & 06-26-P-S** |
| **RICHARD DIMOTT,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 21, 2006, his Recommended Decision (Docket No. 33), in *United States v. Dimott*, ("Dimott I"), Criminal No. 06-19-P-S and (Docket No. 34), in *United States v. Dimott*, ("Dimott II"), Criminal No. 06-26-P-S. Defendant filed his Objections to the Recommended Decisions (Docket No. 35) "Dimott I" and (Docket No. 36) "Dimott II" on January 11, 2007. Plaintiff filed its Responses to Defendant's Objections (Docket No. 37) "Dimott I" and (Docket No. 38) "Dimott II" on January 29, 2007. Defendant filed his Reply to Plaintiff's Responses to Objections (Docket No. 38) "Dimott I" and (Docket No. 39) "Dimott II" on February 5, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decisions, together with the entire record in each case; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision in each case; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decisions, and determine that no further proceeding is necessary.

1.   It is therefore **ORDERED** that the Recommended Decisions of the Magistrate Judge are hereby **AFFIRMED**.

2.   Defendant's Motions to Suppress (Docket No. 15) "Dimott I" and (Docket No. 16), "Dimott II" are hereby **DENIED**

/s/George Z. Singal_____

George Z. Singal

Chief U.S. District Judge

Dated:  February 26, 2007